1  Dana M. Douglas  (SBN 220053)
   Attorney at Law
2  11024 Balboa Blvd., No. 431
   Granada Hills, CA 91344
3  MAILING ADDRESS:
   4712 Admiralty Way #1001
4  Marina del Rey, CA  90292
   Telephone: 818-360-8295
5  Facsimile:  213-270-9456
   dana@danamdouglaslaw.com
6
   Attorney for Plaintiff
7  Satish Shetty

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10            SAN FERNANDO VALLEY DIVISION

11  In re:                          )   Case No. 1:14-bk-10668-MB
                                    )
12  REMON YOUNANY AND JASMIN        )
    KACHTOURIAN                     )
13                                  )   Chapter 7
        Debtors.                    )
14                                  )
                                    )
15  -------------------------------- )   Adversary No. 1:14-ap-01098-MB
                                    )
16                                  )
    Satish Shetty,                  )
17                                  )   **DEPOSITION OF JASMIN**
            Plaintiff,              )   **KACHTOURIAN BY WRITTEN**
18                                  )   **QUESTIONS WITH ANSWERS &**
        v.                          )   **VERIFICATION**
19                                  )
    Remon Younany and Jasmin        )
20  Kachtourian,                    )
                                    )
21          Defendants.             )   **(SET I)**
                                    )
22                                  )
                                    )
23

24  PROPOUNDING PARTY:   Plaintiff/Satish Shetty

25  RESPONDING PARTY:    Debtor/Defendant Jasmin Kachtourian

26  SET NUMBER:          One

27

28

**DEPOSITION QUESTIONS**

1   TO JASMIN KACHTOURIAN AND HER ATTORNEYS (IF ANY):

2          Pursuant to Federal Code of Bankruptcy Procedure (FCBP) Rule 7031, et seq.,

3   you are required to respond to the following Interrogatories under oath and to serve

4   your answers to the Interrogatories to Plaintiff's counsel, Dana M. Douglas, by US Mail

5   at 11024 Balboa Blvd., No. 431, Granada Hills, CA 91344, or by email at

6   dana@danamdouglaslaw.com, and to comply within 30 days after service of this

7   Request. All responses must comply with the requirements of FCBP Rule 7031.

8                      **DEPOSITION BY WRITTEN QUESTIONS**

9   1. Please state your full name and occupation.   JASMIN

10     KACHTOURIAN

11  2. What is your address of your primary residence?

12     23513 Balmoral Lane West Hills CA 91307

13  3. Did you own a business located at 2124 E. Harbor Blvd. in Ventura, CA 93001

14     between January 1, 2012 and July 30, 2013?   Yes

15  4. What was the name of the business located at 2124 E. Harbor Blvd. in Ventura,

16     CA 93001?   Harbor Petolaem Inc

17  5. Were you a party to an AM/PM Mini Market Agreement dated January 11, 2012

18     (the "AM/PM Agreement") for the operation of ARCO-branded fueling station and

       AM/PM Mini Market (Facility No. 3077)?   Yes

19  6. Were you a party to an AM/PM Lease PMPA Franchise Agreement dated January

20     11, 2012 for the operation of an ARCO-branded fueling station and AM/PM Mini

21     Market (Facility No. 3077)?   NO

22  7. Did you operate a Franchise as a "Franchisee" pursuant to an AM/PM Mini

23     Market agreement dated January 11, 2012 (the "AM/PM Agreement"), AM/PM

24     Lease PMPA Franchise Agreement dated January 11, 2012 (the "Gasoline

25     Agreement") with BP West Coast Products LLC, a Delaware limited liability

26     company ("BP"), for the operation of an ARCO-branded fueling station and

27     AM/PM Mini Market (Facility No. 3077)?   Yes

28

DANA H. DOUGLAS
Attorney At Law

8. Did you operate a Franchise as a "Franchisee" as described in ¶ 7 above, or as a sole proprietor?     *NO*

9. You are named in an adversary proceeding in the bankruptcy court in which you are named as a co-defendant along with Remon Younany.  What is your relationship to Remon Younany?     *SPOUSE*

10. What was your relationship to Harbor Petroleum, Inc.?   *PRESADENT*

11. What was Remon Younany's relationship to Harbor Petroleum Inc.?
     *I doNT KNOW*

12. What was the principal business address of Harbor Petroleum Inc.?
     *2124 E Harbor BLVD VentuRa Ca 93001*

13. In which state was Harbor Petroleum, Inc., Incorporated?     *Ca*

14. Who was the incorporator of Harbor Petroleum Inc.?   *I doNT know*

15. Between the period of January 1, 2012 and July 30, 2013 did you own any stocks of Harbor Petroleum Inc.?     *Yes*

16. If answer to question number 16 is YES, then how many stocks did you own of Harbor Petroleum Inc.?   *I doNt Know*

17. Between the period of January 1, 2012, and July 30, 2013, did Remon Younany own any stocks of Harbor Petroleum Inc.?   *I doNT Know*

18. If answer to question number 17 is YES, then how many stocks did Remon Younany own of Harbor Petroleum Inc.?   *I doNT Know*

19. Did Harbor Petroleum Inc., own the premises located at 2124 E. Harbor Blvd., Ventura, CA 93001?     *No*

20. Did Harbor Petroleum, Inc., own the ARCO-branded fueling station and AM/PM Mini Market (Facility No. 3077) located at 2124 E. Harbor Blvd., Ventura, CA 93001 at any time?     *Yes*

21. What did Harbor Petroleum, Inc., own at the premises located at 2124 E. Harbor Blvd., Ventura, CA 93001 at any time?   *BusinAss*

22. Were you at any time an officer of Harbor Petroleum Inc.?   *YeS*

**3**
**DEPOSITION QUESTIONS**

DIANA M. DOUGLAS

23. If, YES, then what was your title?     _PRESaDaNT_

24. Did Remon Younany own the ARCO-branded fueling station and AM/PM Mini Market (Facility No. 3077) located at 2124 E. Harbor Blvd., Ventura, CA 93001 at any time?     _I dont Know_

25. If your answer to question number 22 is YES then, during what period did Remon Younany own the ARCO-branded fueling station and AM/PM Mini Market (Facility No. 3077) located at 2124 E. Harbor Blvd., Ventura, CA 93001?     _I dont Know_

26. Who owned the premises located at 2124 E. Harbor Blvd., Ventura, CA 93001?     _ARCO_

27. Attached as Exhibit "A" to this deposition by written questions is a nineteen (19) page document purporting to be an agreement dated by and between you, Jasmin Kachtourian, Ali Kavehpour, Azi Kavehpour and Remon Younany. Do you recognize this document?     _Yes_

28. Pages 14, 15 & 17 contain a signature, among others, purporting to be that of Jasmin Kachtourian. Are those your signatures?     _Yes_

29. If NO to question 28, did you authorize any one to execute your signatures on the document on your behalf?     _N/A_

30. If NO to question 29, do you know who executed your signatures?     _N/A_

31. Do you have any reason to believe that it is not your signature?     _NO_

32. If you do believe that the signatures on page 14, 15 & 17 are not your signatures, do you believe that your signatures are forged?     _NO_

33. If answer to question 32, is YES, do you know who forged those signatures?     _N/A_

34. If the answer to question No. 28 is YES, then please answer the following subsection of this question:

   a. Did you own any shares of common stock of Harbor Petroleum, Inc.?     _Yes_

4
DEPOSITION QUESTIONS

DIANA H. DOUGLAS
Attorney At Law

1  b. Did Remon Younany own any shares of common stock of Harbor Petroleum,

2  Inc.?  *I dont know*

3  c. How many shares of common stock did you own at any given time?

4  *I dont know*

5  d. How many shares of common stock did Remon Younany own at any given

6  time?  *I dont know*

7  e. Were there any other owners of common stock of Harbor Petroleum, Inc.?

8  *I dont know*

9  f. Who is Jack Achvan?  *I dont know*

   g. Did Jack Achvan own any stocks of Harbor Petroleum, Inc.?  *I dont know*

10

11 h. When did Jack Achvan purchase stocks of Harbor Petroleum, Inc.?

   *I dont know*

12

13 i. How many shares of common stock did Jack Achvan own at any given time?

   *I dont know*

14 j. Who or what is 303 N. Oxnard Blvd., LLC?  *I dont know*

15 k. Did 303 N. Oxnard Blvd., LLC own any stocks of Harbor Petroleum, Inc.?

16 *I dont know*

17 l. How many shares of common stock did 303 N. Oxnard Blvd., LLC own at any

18 given time?  *I dont know*

19 35. Who is Gary Yanalfo?  *I dont know*

20 36. Did Gary Yanalfo own any stocks of Harbor Petroleum, Inc.?  *I dont know*

21 37. How many shares of common stock did Gary Yanalfo own at any given time?

22 *I dont know*

23 38. If Gary Yanalfo owned shares of common stock of Harbor Petroleum, Inc., then

24 what was the value of the Harbor Petroleum, Inc., as the basis of for shares of

25 stock sold to Yanalfo?  *I dont know*

26 39. Did Gary Yanalfo lend you any money?  *I dont know*

27 40. Did Gary Yanalfo lend Harbor Petroleum, Inc., any money?  *I dont know*

28

**5**
**DEPOSITION QUESTIONS**

1   41. Did Gary Yanalfo lend Remon Younany any money?    *I don't know*

2   42. What were your responsibilities as a stockholder of Harbor Petroleum, Inc.?

3   *I don't know*

4   43. What were your obligations as a stockholder of Harbor Petroleum, Inc.?

5   *I don't know*

6   44. Did you ever enter into an agreement with Ali Kavehpour on January 28, 2012?

7   *Yes*

8   45. Did you ever enter into an agreement with Azi Kavehpour on January 28, 2012?

9   *Yes*

10  46. Did you execute any agreement with Ali Kavepour on behalf of Harbor Petroleum,

    Inc., on January 28, 2012?    *Yes*

11
12  47. Did you execute any agreement with Azi Kavehpour on behalf of Harbor

    Petroleum, Inc., on January 28, 2012?    *Yes*

13
14  48. If your answer to question number 46 is YES, then what was the purpose of the

    agreement?    *I don't know*

15  49. If your answer to question number 47 is YES, then what was the purpose of the

16  agreement?    *I don't know*

17  50. What was the value of AM/PM ARCO gas station owned by you at the time of the

18  agreement dated January 28, 2012?    *I don't know*

19  51. What is the basis of the value of AM/PM ARCO gas station that you owned at the

20  time of the agreement dated January 28, 2012?    *I don't know*

21  *I don't know*

22  52. What was the value of Harbor Petroleum, Inc., at the time of the agreement dated

23  January 28, 2012?    *I don't know*

24  53. What is the basis of the value of Harbor Petroleum, Inc., at the time of the

25  agreement dated January 28, 2012?    *I don't know*

26  54. What was the value of 100% of the common stock at the time of the agreement

27  dated January 28, 2012?    *I don't know*

28

6
DEPOSITION QUESTIONS

55. What was the basis of the value of 100% of the common stock at the time of the agreement dated January 28, 2012? _I don't Know_

56. Did you personally receive any money from Azi Kavehpour pursuant to the agreement dated January 28, 2012? _No_

57. Did Harbor Petroleum, Inc., receive any money from Azi Kavehpour pursuant to the agreement dated January 28, 2012? _No_

58. If the answer to questions 56 and/or 57 is YES, then in what form (check, cash, cashier's check) did you or Harbor Petroleum, Inc., receive money from Azi Kavehpour? _N/A_

59. If the answer to questions 56 and/or 57 is YES, then what did Azi Kavehpour receive in exchange for her money pursuant to pursuant to the agreement dated January 28, 2012? _I don't know_

60. What was the basis of your representation in the agreement dated January 28, 2012 that Harbor Petroleum, Inc.'s capital or value is $420,000? _I don't know_

61. What was the basis for your representation to the United States Bankruptcy Court on December 1, 2011 that the value of Harbor Petroleum, Inc., or the gas station was less than $10,000.00? _I don't know BUSISS was closed by ARCC_

62. Did you disclose to Azi Kavehpour that the value of Harbor Petroleum, Inc., was less than $10,000.00 at the time of the agreement dated January 28, 2012? _I don't know_

63. Did you disclose to Azi Kavehpour that you were in active bankruptcy proceedings at the time of the agreement dated January 28, 2012? _____

64. Did you at any time enter into a partnership agreement with an entity called Team West Enterprises Inc.? _I don't know_

65. Was the partnership agreement related to the AM/PM ARCO branded gas station you owned and operated at 2124 Harbor Blvd., Ventura, CA 93001? _I don't know_

DANA H. DOUGLAS
Attorney at Law

66. When did the partnership agreement related to the AM/PM ARCO branded gas station between you and Team West Enterprises, Inc., commence? *I dont know*

67. How much money did you receive from Team West Enterprises, Inc., for their partnership interest in the AM/PM ARCO branded gas station you owned and operated at 2124 Harbor Blvd., Ventura, CA 93001? *I dont know*

68. Did Jack Achvan own 20% of the AM/PM ARCO branded gas station you owned and operated at 2124 harbor Blvd., Ventura, CA 93001 in the year 2013? *I dont know*

69. Did you receive $30,000.00 from Jack Achvan for an interest in the AM/PM ARCO branded gas station you owned and operated at 2124 Harbor Blvd., Ventura, CA 93001 in the year 2013? *I dont know*

70. When did Jack Achvan acquire an interest in the stocks of Harbor Petroleum, Inc.? *I dont know*

71. Did you own 80% of the AM/PM ARCO branded gas station you owned and operated at 2124 Harbor Blvd., Ventura, CA 93001 in the year 2013? _____

72. Did Azi Kavehpour own 50% interest in the AM/PM ARCO branded gas station you owned and operated at 2124 Harbor Blvd., Ventura, CA 93001 in the year 2013? *I dont know*

73. Did 303 N. Oxnard Blvd., LLC own any interest in the AM/PM ARCO branded gas station you owned and operated at 2124 Harbor Blvd., Ventura, CA 93001 in the year 2013? *I dont know*

74. Did Team West Enterprises, Inc., own any interest in the AM/PM ARCO branded gas station you owned and operated at 2124 Harbor Blvd., Ventura, CA 93001 in the year 2013? *I dont know*

75. Were you served with an Unlawful Detainer summons and complaint against you on October 11, 2013? *I dont know*

8
DEPOSITION QUESTIONS

1    76. Did you receive a termination notice of your <u>lease for the premises</u> located at

2    2124 Harbor Blvd., Ventura, CA 93001 from Tesoro/BP at any time? *I don't*

3    77. If YES, then when did you receive a termination notice of your <u>lease for the</u> *know*

4    <u>premises</u> located at 2124 Harbor Blvd., Ventura, CA 93001 from Tesoro/BP?

5    *I don't know*

6    78. If NO, when did receive a termination notice of your <u>AM/PM franchise agreement</u>

7    from Tesoro or BP? *I don't know*

8    79. Did you list Azi Kavehpour as a creditor in your bankruptcy?    *Yes*

9    80. If NO, why not?    *N/A*

10   _____

11

12   December 7, 2015                    /s/ Dana M. Douglas
                                        Dana M. Douglas
13                                      *Attorney for Plaintiff*
                                        Satish Shetty

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**9**
**DEPOSITION QUESTIONS**

1

**VERIFICATION**

2

STATE OF CALIFORNIA            )

3                                                        ) ss

COUNTY OF LOS ANGELES      )

4

5

6          I am a defendant in this action.  I have read the foregoing DEPOSITION OF

7    JASMIN KACHTOURIAN BY WRITTEN QUESTIONS WITH ANSWERS & VERIFICATION.

          The matters stated therein are true of my own knowledge except those matters

8    stated on information and belief, and as to those matters, I believe them to be true.

9          I declare under penalty of perjury under the laws of the State of California that

10   the foregoing is true and correct.

11

12          Executed this 10 day of ~~December, 2015~~ Feb 2016, at _West Hills_, California.

13

14

15

16                                                          Jasmin Kachtourian

17

18

19

20

21

22

23

24

25

26

27

28

**VERIFICATION**

| In re: Remon Younany & Jasmin Khachtourian | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:14-ap-01098-AA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 215 E. Daily Dr. #28, Camarillo, CA 93010

A true and correct copy of the foregoing document described <u>DEPOSITION OF JASMIN KHACHATOURIAN BY WRITTEN QUESTIONS WITH ANSWERS AND VERIFICATION</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>Feb. 12, 2016</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Amy L Goldman (TR), gabriela.garcia@lewisbrisbois.com
United States Trustee (SV) , ustpregion16.wh.ecf@usdoj.gov
Dana Douglas, dana@danamdouglaslaw.com              ☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On <u>Feb. 12, 2015</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.
                                                          ☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                        Brian Nomi

_____       _____       _____
Date  Feb. 12, 2016              Type Name              Signature

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                              **F 9013-3.1**